■ PHILIP S. GELLMAN, Respondent, v FRED PETTIT, Appellant. (Appeal No. 1.) [722 NYS2d 211] —Appeal unanimously

dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Hayes, Scudder and Lawton, JJ.